IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-344-JLK**

**RICKI HORST,**

Plaintiff,

v.

**BAYER CORPORATION, et al.,**

Defendants.

## ORDER

Kane, J.

The Bayer Defendants' Unopposed Motion to Stay All Activity in the Case (doc. #5),
filed March 2, 2010, is GRANTED. This case is STAYED pending a decision by the United
States Panel on Multidistrict Litigation as to whether this case shall be transferred into
pending MDL No. 2100.

Dated: March 2, 2010

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court